**Order filed September 28, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00348-CV

_____

**GILCHRIST COMMUNITY ASSOCIATION, Appellant**

**V.**

**COUNTY OF GALVESTON, TEXAS, Appellee**

**On Appeal from the County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0076026**

## O R D E R

Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain an Order signed July 21, 2017 and Agreed Final Judgment signed August 21, 2017.

The Galveston County Clerk is directed to file a supplemental clerk's record on or before October 13, 2017, containing an Order signed July 21, 2017 and Agreed Final Judgment signed August 21, 2017.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM